IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

PATRICIA A. FORD

    Plaintiff

Vs.                                                                                                  Case No.: CAL15-16041

MASTER SECURITY, LLC, CO.

    Defendant

## MEMORANDUM AND ORDER OF COURT

The court notes that the plaintiff is self-represented. The plaintiff has the right to proceed as a self-represented litigant. The court would, however, strongly advise that the plaintiff seek the services of an attorney. The Maryland Rules of Procedure and Maryland Rules of Evidence are applicable to all litigants whether they be attorneys or not. These rules can be difficult and hard to understand. If the plaintiffs have difficulty in finding an attorney, they may contact the Prince George's Bar Association-Lawyer Referral Service at 301-952-1442 or visit the Self Represented Litigants Room located on the second floor of the courthouse, Room M2435.

Likewise, the court notes that there is no service of the bill of complaint on the defendant. Service of the original papers on the defendant is the formal method of notifying the defendant that a suit has been filed against them. Service satisfies the initial due process requirements of the United States Constitution and the Maryland Declaration of Rights. Service of these original papers must be accomplished by a person other than the plaintiff giving the defendant the original papers or by other means, see *Md. Rules 2-121, 2-122 and 2-123*. A certificate of service which we call the return must be filed with the clerk, see *Md. Rule 2-126*.

THEREFORE, it is this 12th day of June, 2015 by the Circuit Court for Prince George's County, Maryland ORDERED, that a STATUS HEARING be set on September 11, 2015 at 9:00am before Judge Green.

Leo E. Green, Jr.
Civil Coordinating Judge

Copies mailed by Court to:

Patricia A. Ford
1205 Dillon Court
Capitol Heights, MD 20743

Lori Hester, Admin Aide to the
Honorable Leo E. Green, Jr.

ENTERED 6/17/15